# United States District Court
# For The Western District of North Carolina
# Statesville Division

MITCHELL DEAN JOINES,

       Petitioner,                           JUDGMENT IN A CIVIL CASE

vs.                                             5:11CV28-RJC

ROBERT COOPER,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 19, 2011 Order.

                                              Signed: April 19, 2011

_____
Frank G. Johns, Clerk
United States District Court